# Court of Appeals
# of the State of Georgia

ATLANTA,  July 16, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0405. EDWARD T. RIDLEY v. ARRONS RENT TO OWN et al.**

Prisoner Edward T. Ridley seeks discretionary review of the trial court's order granting Aaron's, LLC's[1] motion to dismiss the action Ridley filed against it.[2] The order, however, does not dispose of claims against any of the other named defendants, and there is no other indication that this is a final order. Thus, we lack jurisdiction.

In a case involving multiple parties, a decision adjudicating the rights and liabilities of fewer than all the parties is not a final judgment. *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989). Thus, Ridley's failure to use the interlocutory appeal procedures, including obtaining a certificate of immediate review from the trial court, deprives us of jurisdiction over this application, which is

---

[1] Aaron's, LLC is sometimes referred to as Arrons Rent to Own in the application materials.

[2] Ridley has filed over 32 appeals and applications in this Court---both criminal and civil.

hereby DISMISSED. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,__07/16/2024_____*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*